September 10, 2008

Mr. John Steven Mostyn
The Mostyn Law Firm
200 Westcott
Houston, TX 77007
Ms. April F. Robbins
Brackett & Ellis
100 Main Street
Fort Worth, TX 76102

RE: Case Number: 08-0208
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE HURRICANE RITA HOMEOWNERS' CLAIMS

Dear Counsel:

 Today the Multidistrict Litigation Panel lifted issued the enclosed
order.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Multidistrict Litigation Panel |
| |(via email) |